Krista M. Enns (SBN: 206430)
kenns@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendants
OTSUKA PHARMACEUTICAL CO., LTD., AND
OTSUKA AMERICA PHARMACEUTICAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVIS VICKERS and STACEY VICKERS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00737-LJO-BAM<br><br>**STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER**<br><br>Complaint Filed: 05/27/16 |

1    This stipulation in the above-captioned matter is made by and between the attorneys for
2  Plaintiffs Travis Vickers and Stacey Vickers ("Plaintiffs") and Defendants Otsuka Pharmaceutical
3  Co., Ltd., and Otsuka America Pharmaceutical, Inc. (collectively "Defendants").

4    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties
5  hereto, that the prescribed time within which Defendants may move, answer, or otherwise respond to
6  the Complaint is hereby extended by 30 days, and that Plaintiffs will have an additional 30 days
7  from the time prescribed by the applicable rules to respond to any motion filed by Defendants in
8  response to the Complaint.

9    This is the parties' first request for an extension.  All parties agree to this extension, and the
10  extension does not affect any other previously scheduled dates.

11    IT IS SO STIPULATED.

13  Dated:  June 30, 2016                                WINSTON & STRAWN LLP

                                                        By:   /s/ *Krista M. Enns*
                                                              Krista M. Enns

                                                        Luke A. Connelly (*pro hac vice* to be filed)
                                                        200 Park Avenue
                                                        New York, NY  10166
                                                        Phone: (212) 294-6882
                                                        Fax: (212) 294-4700
                                                        lconnell@winston.com

                                                        Matthew A. Campbell (*pro hac vice* to be filed)
                                                        Eric M. Goldstein (*pro hac vice* to be filed)
                                                        Rand K. Brothers (*pro hac vice* to be filed)
                                                        Sarah J. Bily
                                                        Erika L. Mayer
                                                        1700 K Street, N.W.
                                                        Washington, DC  20006
                                                        Phone: (202) 282-5848
                                                        Fax: (202) 282-5100
                                                        macampbe@winston.com
                                                        egoldstein@winston.com
                                                        rbrothers@winston.com

                                                        Attorneys for Defendants
                                                        OTSUKA PHARMACEUTICAL CO., LTD.,
                                                        AND OTSUKA AMERICA
                                                        PHARMACEUTICAL, INC.
                                                        *(Appearing Specially)*

| | |
|---|---|
| Dated:  June 30, 2016 | ROBINS KAPLAN LLP |
| | By:  /s/ *Munir R. Meghjee* |
| | Munir R. Meghjee |
| | |
| | Gary L. Wilson (CA Bar # 139358) |
| | gwilson@robinskaplan.com |
| | Roman M. Silberfeld (CA Bar # 62783) |
| | rsilberfeld@robinskaplan.com |
| | Michael A. Geibelson (CA Bar # 179970) |
| | mgeibelson@robinskaplan.com |
| | Munir R. Meghjee (*pro hac vice*) |
| | mmeghjee@robinskaplan.com |
| | Megan J. McKenzie (*pro hac vice*) |
| | mmckenzie@robinskaplan.com |
| | 800 LaSalle Avenue |
| | Suite 2800 |
| | Minneapolis, MN 55402-2015 |
| | Phone: (612) 349-8500 |
| | Fax: (612) 339-4181 |
| | |
| | Attorneys for Plaintiffs |
| | TRAVIS VICKERS AND STACEY VICKERS |

**ORDER**

**IT IS SO ORDERED.**

Dated**:   July 5, 2016**                           /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE